# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY A. GRANT,<br><br>    Defendant. | Case No.  1:20-mj-00005-SAB-1<br><br>ORDER VACATING OCTOBER 15, 2020 HEARING |

On April 16, 2020, an order was filed setting a motion schedule in this action.  Motions were to be filed on September 24, 2020 and a motion hearing is set for October 15, 2020.  The deadline to file has passed and neither party has filed motions.  Accordingly, IT IS HEREBY ORDERED that the October 15, 2020 motion hearing is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated:    **September 25, 2020**

UNITED STATES MAGISTRATE JUDGE