1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defenders
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950

   Attorneys for Defendant
   JEREMY GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY GRANT,<br><br>Defendant. | Case No. 1:20-mj-00005-SAB<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA; AND ORDER<br><br>DATE:  November 13, 2020<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Jeremy Grant, that the trial currently set for November 13, 2020, be vacated and that a change of plea hearing be set on December 10, 2020, at 10:00 a.m.

The parties have reached an agreement to resolve this case. The November 13, 2020, trial is therefore no longer necessary. Accordingly, the parties jointly request that the trial date be vacated and that the matter be set for a change of plea hearing on December 10, 2020, at 10:00 a.m.

\\

\\

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | MCGREGOR W. SCOTT<br>United States Attorney |
| 4 | Date: October 28, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR |
| 5 |  | Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | Date: October 28, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 10 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |  | JEREMY GRANT |

Grant, J. [1:20-mj-00005-SAB]
Stip. and Proposed Order to Vacate

2

## ORDER

**IT IS HEREBY ORDERED** that the trial scheduled for November 13, 2020, is vacated and a change of plea hearing is set for December 10, 2020, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __October 28, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

Grant, J. [1:20-mj-00005-SAB]
Stip. and Proposed Order to Vacate

3