HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JEREMY GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case 1:20-mj-00005-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
| vs. | |
| JEREMY GRANT, | |
| Defendant. | |

I, Jeremy Grant, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my sentencing hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the change of plea hearing currently set for December 10, 2020.

Dated: December 9, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JEREMY GRANT

Dated: December 9, 2020

*/s/ Jeremy Grant*
JEREMY GRANT
Defendant

1

**ORDER**

2        IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43,

3   Jeremy Grant is permitted to appear by video teleconference for change of plea hearing scheduled

4   to take place on December 10, 2020.

5

6   IT IS SO ORDERED.

7   Dated:   **December 9, 2020**

8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28