IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>JEREMY GRANT,<br><br>　　　　　　　　　Defendant. | )  Case No.  1:20-mj-00005-SAB<br>)<br>)  **DEFENDANT'S AMENDED STATUS**<br>)  **REPORT ON UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　　Driving while license suspended for DUI

**Sentence Date:**　　December 10, 2020

**Review Hearing Date:** December 9, 2021

**Probation Expires On:** June 10, 2022

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:**  $610 which Total Amount is made up of a Fine: $ 600 Special Assessment: $ 10 Processing Fee: $ 0 Restitution: $ 0

☒　Payment schedule of $ 50  per month by the 15 of each month.

☐　**Community Service hours Imposed of:**  0

☐　**Other Conditions:**

*COMPLIANCE:*

☒　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　**Otherwise:**

☒　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒　To date, Defendant has paid a total of $ 610

☐　To date, Defendant has performed Click here to enter text.  hours of community service.

☐　Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: December 1, 2021                          */s/ Jeffrey Spivak*
                                                 JEFFREY SPIVAK
                                                 Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/9/2021 at 10:00 am

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: December 1, 2021                          */s/ Matthew Lemke*
                                                 MATTHEW LEMKE
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated:   **December 2, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

Grant, J. [1:20-mj-00005-SAB]
Probation Status Report